UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID ZHU,

        Plaintiff,

    v.

HUGO POWER SUPPLY LLC, et al.,

        Defendants.

Case No. 15-cv-04545-JST

**ORDER DIRECTING SUPPLEMENTAL BRIEFING AND CONTINUING HEARING**

Re: ECF No. 12

Now before the Court is Defendants' Motion to Dismiss for Lack of Jurisdiction or, in the alternative, to Transfer Venue. ECF No. 12. Defendants have attached a copy of the alleged contract at issue in the case to their reply brief, which appears to include a forum selection clause. See ECF No. 14, Exh. 2 at 12-13. Plaintiff is hereby ordered to file a supplemental brief of not more than ten pages responding to Defendants' argument that the case should be transferred to the District of South Carolina pursuant to that clause. The brief shall be filed by November 12, 2015.

The hearing on this motion currently set for November 19, 2015 is hereby continued to January 7, 2016 at 2:00 p.m.

IT IS SO ORDERED.

Dated: November 2, 2015

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California