AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

DAVID ZHU, and individual,

Plaintiff (s),

V.

WILLIAM HOWE, and individual, HUGO POWER SUPPLY, LLC and Does 1-30, Inclusive

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-04545-JST

Notice is hereby given that, subject to approval by the court, __DAVID ZHU__ substitutes
(Party (s) Name)

__Himself, In Pro Per__ , State Bar No. __NA__ as counsel of record in
(Name of New Attorney)

place of __Drexel A. Bradshaw of Bradshaw & Associates, PC, One Sansome Street, 34th Floor, San Francisco, CA 94104__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: David Zhu, In Pro Per

Address: 6077 Tazetta Drive

Telephone: (510) 918-5918     Facsimile (510) 962-3450

E-Mail (Optional): d.zhu@comcast.net

I consent to the above substitution.

Date: November 22, 2015

(Signature of Party (s))
David Zhu

I consent to being substituted.

Date: November 23, 2015

(Signature of Former Attorney (s))
Drexel A. Bradshaw

I consent to the above substitution.

Date: November 22, 2015

(Signature of New Attorney)
David Zhu, *In Pro Per*

The substitution of attorney is hereby approved and so ORDERED.

Date: November 30, 2015

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]